UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| NURJHAN B. GOVAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:02CV72 JCH |
| ) | |
| JAMES GAMMON, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court upon Defendants' Motion for Leave to File Supplemental Motion for Summary Judgment, filed December 22, 2005. (Doc. No. 96). Plaintiff has no objection to Defendants' request. (Doc. No. 102).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File Supplemental Motion for Summary Judgment (Doc. No. 96) is **GRANTED**.

Dated this 30th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE