# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

NURJHAN B. GOVAN

    Plaintiff(s),

    v.    CASE NUMBER: 2:02CV072JCH

JAMES GAMMON, TERESA THORNBURG, SHERRY DUNSEITH
MISSOURI DEPARTMENT OF CORRECTIONS, and LES BALTY
    Defendant(s).

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that:

On the gender discrimination claim of Plaintiff Nurjhan Govan, as submitted in Instruction 5, the jury finds in favor of Defendant James Gammon, Defendant Teresa Thornburg, Defendant Sherry Dunseith, Defendant Missouri Department of Corrections and Defendant Les Balty;

On the race discrimination claim of plaintiff Nurjhan Govan, as submitted in Instruction 9, the jury finds in favor of Defendant James Gammon, Defendant Teresa Thornburg, Defendant Sherry Dunseith, Defendant Missouri Department of Corrections and Defendant Les Balty.

|  |  |
|---|---|
|  | James G. Woodward |
|  | CLERK |
| January 18, 2006 |  |
| DATE |  |
| By: | /s/ Genia Freeman |
|  | Genia Freeman |
|  | DEPUTY CLERK |